# VIRGIL D. POSEY v. JOSEPH TROMBLEY.[1]

June 20, 1913.

Nos. 18,103—(207).

**Appeal and error.**

Only issues of fact were involved in this appeal, and they were tried by a jury. Order affirmed. [Reporter.]

Action in the district court for Hennepin county to recover $500 upon a contract. The case was tried before Booth, J., who at the close of plaintiff's case denied defendant's motion to dismiss the action, and a jury which returned a verdict of $395.75 in favor of plaintiff. From an order denying the motion for a new trial, defendant appealed. Affirmed.

*Armstrong & Nash*, for appellant.

*Will A. Blanchard*, for respondent.

PER CURIAM.

There was a verdict for the plaintiff in an action to recover of the defendant his share of the profits of an alleged joint contract for certain road building, and the defendant appeals from the order of the court denying his motion for a new trial.

The case presents nothing but simple questions of fact, for the trial of which juries are constituted, and a jury tried them.

Order affirmed.

[1] Reported in 142 N. W. 1134.